# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**AUSTIN C. ARMSTRONG**                                          **PLAINTIFF**

**v.**                              **Case No.: 4:20-cv-01370**

**CITY OF LITTLE ROCK**                                          **DEFENDANT**

## <u>JUDGMENT</u>

Based on the jury's verdict rendered in this case,[1] it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of the City of Little Rock on all claims against it.

IT IS SO ADJUDGED this 24th day of August 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1]   Jury Verdict (Doc. 45).